DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BOONE

No. 490P83.

Case below: 63 N.C. App. 566.

Petition for defendant for writ of certiorari to North Carolina Court of Appeals denied 3 April 1984.

STATE v. BOONE

No. 98P84.

Case below: 66 N.C. App. 377.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 April 1984.

STATE v. CLARK

No. 625P83.

Case below: 65 N.C. App. 286.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. FLETCHER

No. 89P84.

Case below: 66 N.C. App. 36.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. HOPE

No. 68P84.

Case below: 65 N.C. App. 825.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.